ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Primus Solutions, Inc. | ) | ASBCA No. 61984 |
| | ) | |
| Under Contract No. W91247-12-C-0023 | ) | |

APPEARANCES FOR THE APPELLANT:    Damien C. Specht, Esq.
                                                          Morrison & Foerster LLP
                                                          Mclean, VA

                                                          James A. Tucker, Esq.
                                                          Morrison & Foerster LLP
                                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                                          Army Chief Trial Attorney
                                                          MAJ Nichole M. Venious, JA
                                                          MAJ Wayne T. Branom, III, JA
                                                          Zachary F. Jacobson, Esq.
                                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 4, 2021

_____
STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61984, Appeal of Primus Solutions, Inc., rendered in conformance with the Board's Charter.

Dated: May 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals